In the Matter of GEORGE P. ALESSIO, JR., Appellant-Respondent, v PAUL G. CAREY, Respondent-Appellant, et al., Respondents.

Submitted March 17, 2008; decided March 25, 2008

Motion by appellant-respondent Alessio for leave to appeal denied. Motion by appellant-respondent Alessio for a stay dismissed as academic. Motion by respondent-appellant Carey for leave to appeal denied.

In the Matter of AMBER A. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN V., II, Respondent, and KATHY A., Appellant. (Appeal No. 1.)

In the Matter of ANDREW V. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN V., II, Respondent, and KATHY A., Appellant. (Appeal No. 2.)

Submitted February 19, 2008; decided March 25, 2008

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ANONYMOUS, an Applicant for Admission to the Bar, Appellant.

Submitted March 10, 2008; decided March 25, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it is untimely (*see* CPLR 5513 [a]).